UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| THOMAS GREGORY SHEA, ) | |
| ) | |
| Plaintiff, ) | 3:12-cv-00301-LRH-VPC |
| ) | |
| v. ) | |
| ) | O R D E R |
| FEDERAL TRADE COMMISSION, ) | |
| ) | |
| Defendant. ) | |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#5[1]) entered on August 22, 2012, recommending denying Plaintiff's Application to Proceed *in Forma Pauperis* (#1), filed on June 5, 2012, and dismissing the complaint without prejudice. Plaintiff filed his Response to Report and Recommendation (#7) on September 26, 2012. Defendant did not file a response. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the response of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1] Refers to court's docket number.

Judge's Report and Recommendation (#5) entered on August 22, 2012, should be adopted and accepted.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#5) entered on August 22, 2012, is adopted and accepted, and Plaintiff's Application to Proceed *in Forma Pauperis* (#1) is GRANTED.

IT IS FURTHER ORDERED that the Clerk of the Court shall file and docket Plaintiff's complaint (#1-1); and

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED this 6th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE