UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| THOMAS GREGORY SHEA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FEDERAL TRADE COMMISSION, ) <br> ) <br> Defendant. ) <br> _____ ) | 3:12-cv-00301-LRH-VPC <br><br> O R D E R |

Before this Court is the Report and Recommendation of U.S. Magistrate Judge Valerie P. Cooke (#5[1]) entered on August 22, 2012, recommending denying Plaintiff's Application to Proceed *in Forma Pauperis* (#1), filed on June 5, 2012, and dismissing the complaint without prejudice. Plaintiff filed his Response to Report and Recommendation (#7) on September 26, 2012. Defendant did not file a response. This matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 1B 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted its *de novo* review in this case, has fully considered the response of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1) (B) and Local Rule IB 3-2. The Court determines that the Magistrate

---

[1] Refers to court's docket number.

1  Judge's Report and Recommendation (#5) entered on August 22, 2012, should be adopted and
2  accepted.
3      IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#5)
4  entered on August 22, 2012, is adopted and accepted, and Plaintiff's Application to Proceed *in Forma*
5  *Pauperis* (#1) is GRANTED.
6      IT IS FURTHER ORDERED that the Clerk of the Court shall file and docket Plaintiff's
7  complaint (#1-1); and
8      IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED without prejudice.
9      IT IS SO ORDERED.
10     DATED this 6th day of November, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE